**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00476-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  GARY MARTINEZ,

    Defendant.

## MINUTE ORDER[1]

On March 7, 2013, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with the parties and with their consent,

    **IT IS ORDERED** as follows:

    1.  That on **June 14, 2013**, commencing at 10:00 a.m., the court shall conduct the change of plea hearing; and

    2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: March 7, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.